No. 93–8371. Adesanya *v.* Immigration and Naturalization Service. C. A. 9th Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.